Mathew K. Higbee, Esq.,
State Bar No. 106514
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com

Attorney for Plaintiff,
GREAT BOWERY INC. d/b/a
TRUNK ARCHIVE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br>v.<br>CASCADE DIGITAL MEDIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 6:20-cv-0009-MK<br><br>**DECLARATION OF MATHEW K. HIGBEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF MATHEW K. HIGBEE

I, Mathew K. Higbee, declare as follows:

1. I am an attorney at law duly authorized to practice in the State of Oregon and the District of Oregon. I am over the age of 18 years old and I have personal knowledge of the matters stated herein. If called as a witness I could and would testify thereto.

2. I am the attorney of record for Plaintiff Great Bowery Inc. d/b/a Trunk Archive in this action.

3. My associate, Ms. Saba A. Basria, has assisted me in this matter. She has been in touch with our client and defense counsel, Jonathan Hood via phone and e-mail with regard to the issues raised in Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

DECLARATION OF MATHEW K. HIGBEE

1

4. Although I am aware of these conversations and have been cc'd on the e-mails exchanged with defense counsel, Ms. Basria has direct knowledge of these facts and her declaration is submitted to the Court herewith.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.

Executed this February 26, 2021, at Santa Ana, California.

*[signature]*
Mathew K. Higbee

DECLARATION OF MATHEW K. HIGBEE

2