Mathew K. Higbee, Esq.,
State Bar No. 106514
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com

Attorney for Plaintiff,
GREAT BOWERY INC. d/b/a
TRUNK ARCHIVE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br>v.<br>CASCADE DIGITAL MEDIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 6:20-cv-0009-MK<br><br>**DECLARATION OF SABA A. BASRIA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF SABA A. BASRIA

I, Saba A. Basria, declare as follows:

1. I am an attorney at law duly authorized to practice in the State of California and in the Central, Northern, and Southern Districts of California. I am over the age of 18 years old and I have personal knowledge of the matters stated herein. If called as a witness I could and would testify thereto.

2. I am employed as an Associate Attorney by The Law Firm of Higbee & Associates.

3. I have assisted and been supervised by the attorney of record in this action, Mathew K. Higbee who is admitted to practice in this Court. *See* Decl. of Mathew K. Higbee.

4. Plaintiff requested additional time to respond to Defendant's supplemental

DECLARATION OF SABA A. BASRIA

1

1  discovery requests beyond the due date of January 4, 2021, to which Defendant
2  agreed for at least a few weeks.
3  5.   My client attempted to explain that the reason for its request was that its staff
4  was off-site and shorthanded, and that providing responses to these requests would
5  require some time and coordination on its end.
6  6.   Defense counsel mostly just pressed on receiving more proof with regard to
7  the license value for this work.
8  7.   Nonetheless, my client confirmed that they turned over all relevant
9  documents, which I conveyed to defense counsel on or about January 31, 2021.  I
10 later followed up with additional information my clients sent me with respect to
11 licensing.
12 8.   Defense counsel and I attempted to meet and confer with regard to the
13 respective motions for summary judgment between January 31, 2021 and February
14 5, 2021, but I was unavailable because of previously scheduled depositions for
15 another matter.
16 9.   On or about February 5, 2021, I spoke with defense counsel about our
17 respective motions for summary judgment.  Although he informed me that standing
18 was the basis for Defendant's motion for summary judgment, at no point did he
19 address the signature on the Artist Agreement with me.  Even if raised on
20 supplemental requests, the issue was never raised again so as to avoid an
21 unnecessary motion practice.
22
23    I declare under penalty of perjury that the foregoing is true and correct under the
24 law of the United States of America.
25    Executed this February 26, 2021, at Santa Ana, California.
26
27                                                                  _____
                                                                           Saba A. Basria
28

DECLARATION OF SABA A. BASRIA