IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**GREAT BOWERY, INC., dba TRUNK ARCHIVE,**

      Plaintiff,

v.

**CASCADE DIGITAL MEDIA, LLC; DOES 1-10 inclusive,**

      Defendants.

No. 6:20-cv-00009-MK

**ORDER**

AIKEN, District Judge.

This case comes before the Court on the parties' Joint Motion to Vacate the Findings and Recommendation, the Order Adopting the Findings and Recommendation, and the Judgment. ECF No. 44. Defendant has also filed a Notice, ECF No. 45, that it withdraws its motion for attorney fees and requests that the motion be denied as moot.

The parties represent that during they pendency of the appeal in this case they reached a confidential settlement of the matter. The parties' joint motion is a condition of that settlement. Upon consideration of the record, the motion, and the representations of the parties, the Court finds good cause to GRANT the motion, ECF No. 44. The Findings and Recommendation, ECF No. 31; the Order Adopting the Findings and Recommendation, ECF No. 35; and the Judgment, ECF No. 36, are

hereby vacated in their entirety.  Consistent with Defendant's Notice, ECF No. 45, the Court DENIES as MOOT Defendant's Motion for Attorney Fees, ECF No. 38.

It is so ORDERED and DATED this  12th  day of July 2022.


        /s/Ann Aiken  
       ANN AIKEN  
       United States District Judge

Page 2 – ORDER